UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
:
     - against - :   3:06 Cr. 00137 (CFD)
:
RONALD E. FERGUSON, :
CHRISTOPHER P. GARAND, :
ROBERT D. GRAHAM, :
CHRISTIAN M. MILTON, and :
ELIZABETH A. MONRAD, :
:
             Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DEFENDANT CHRISTIAN M. MILTON'S MOTION
### *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO HIS COMPENSATION

      The defendant, CHRISTIAN M. MILTON, respectfully moves this Court for an order excluding evidence relating to his compensation from use at trial. In support of this Motion, attached hereto is a Memorandum of Law in Support of Defendant Christian M. Milton's Motion *In Limine* to Exclude Evidence Relating to His Compensation, and an accompanying Affidavit of Frederick P. Hafetz in Support of the Motion.

Dated: September 12, 2007
      New York, New York

| | |
|---|---|
| /s/ Frederick P. Hafetz_____ | \_\_/s/ Richard A. Reeve_____ |
| Frederick P. Hafetz (ct07473) | Richard A. Reeve (ct 05084) |
| Michael S. Chernis (phv01158) | SHEEHAN & REEVE |
| Tracy E. Sivitz (phv01736) | 139 Orange Street |
| HAFETZ & NECHELES | Suite 301 |
| 500 Fifth Avenue | New Haven, CT 06510 |
| 29th Floor | Telephone: 203 787 9026 |
| New York, NY 10110 | Facsimile: 203 787 9031 |
| Telephone: 212 997 7595 | E-mail: rareeve51@snet.net |
| Facsimile: 212 997 7646 | |
| E-mail: fph@hafetzlaw.com | |

*Attorneys for Defendant Christian M. Milton*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2007, a true and correct copy of the Defendant Christian M. Milton's Motion *In* Limine to Exclude Evidence Relating to His Compensation Transfers, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          /s/ Tracy E. Sivitz
Tracy E. Sivitz (phv 01736)
Hafetz & Necheles
500 Fifth Avenue
29th Floor
New York, NY 10220
Telephone:  (221) 997-7595
Facsimile:  (212) 997-7646
E-mail:  tes@hafetzlaw.com