came in, all the cash that went out, and the number at the beginning and the number at the end.

Q. And you mentioned retained earnings or shareholder equity?

A. Yes.

Q. What is that?

A. On the balance sheet your net worth that you have at the end, the statement of shareholder equity analyzes that number and also tracts any stock that the company issued, any stock that it retired, any shares that are bought back, changes of a capital nature.

Q. And is that the same thing as market capitalization?

A. No, it's not.

Q. What is market capitalization?

A. Market capitalization is what the stock market thinks the company is worth. So it's the price of a stock times the number of shares. And when you multiply that by the number of shares, you get a value for the whole business that may be greater than or may be less than the stated book value or net worth of the company.

Q. And those are the four components that make up the GAAP financial statements?

A. Yes.

Q. As an analyst, what are -- when you were covering AIG, what were the most important numbers that you looked

**ATTACHMENT 1**

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

at in the financial statements?
A. We looked at premiums and we looked at reserves.
Q. Why were premiums important to you?
A. The premiums are the company's sales. And in any company, sales are the most important because they're the life blood of the company. They are an indicator of growth or decline.
Q. Why were reserves or loss reserves important to you?
A. We talked earlier about underwriting profit and loss. And whether the company is selling premiums more than its claims. And that's a very critical number. The reserves on the balance sheet are the single largest number that a company has on its balance sheet other than its investments. And that reserve number is the most important component of the underwriting.
The reserve number is an estimate. And whenever a number is estimated, analysts pay special attention to it because it's more subject to error, it's more judgmental and we need to understand how it's been calculated and whether or not it could be wrong.
Q. How do loss reserves relate, if at all, to earnings?
A. Loss reserves increase because the company has had an expense, there are costs. When a company expects that it's going to have to pay a claim, it records an expense and it establishes a reserve for that claim.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

And those two things happen simultaneously.

Q. Are you familiar with the phrase "quality of earnings"?

A. Yes.

Q. Do loss reserves bear on the quality of earnings?

A. They do.

Q. How?

A. Quality of earnings has to do with how well a company is reporting earnings that are indicative of its ongoing trend of operations or affected by one-time items that might not recur and that are benefiting its earnings.

Reserves may change simply because of sales or simply because of paying claims. But there are sometimes one-time items that go through reserves that may -- for example, there may be what's called reserve release in which reserves are reduced and that helps income. And that would affect the quality of earnings in a negative way because income would be improved by it and it would not be something one would necessarily expect to be repeated.

Q. Do the -- when you're looking at earnings both for a particular period of time -- strike that and ask you this.

When you're talking about loss reserves as a benchmark for quality of earnings, do you look at it in terms of the earnings that have been reported in a period

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

or earnings for the future or both?
A. You look at it for both. The earnings that have been reported in a period are important because you're evaluating how the company did that year or that quarter to see if they met your expectations of how they would do. But you also are projecting how the company is going to do in the future and what happens every quarter helps you adjust your expectations.
Q. Does it matter how much money a company is setting aside for the future for future claims?
A. Yes, it does.
Q. Did you have discussions with your clients about loss reserves?
A. Yes.
Q. Before we get to that, who are some of your clients?
A. Fidelity Investment, T. Rowe Price, Alliance Capital.
Q. Why would -- just presumably Fidelity has their own people on who analyze stock as well?
A. Yes.
Q. Why do they come to you?
A. There are a number of analysts and portfolio managers, many of them have to cover a large number of stocks, maybe over a hundred. And so we spend more time focusing on a particular stock than they do. They use us for expertise.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

Q. Just over a period of several quarters or a year, how often would you be talking to your clients about loss reserves?
A. It would be frequent. I can't give you an exact number, but it would be a frequent topic of discussion.
Q. And based on those discussions and based on those communications with your investor clients, were you of the view that loss reserves were important to your clients?
A. Yes.
Q. And how much so?
A. They were very important to clients.
Q. And let me ask you this: With respect to loss reserves and premiums over time, did you expect to see any relationship between premiums and loss reserves?
A. Yes.
Q. What kind of relationship would you expect to see?
A. You would expect to see loss reserves grow as premiums were growing.
Q. And what about the other way?
A. If premiums were declining, you'd expect to see loss reserves declining.
Q. And why would you expect to see loss reserves grow and premiums grow?
A. If an insurance company is growing, if it's doing well, you would expect to see more claims, you'd expect to

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

of their earnings to catch up their reserves.

Q. Ms. Schroeder, I'm going to show you again --

MR. GLOVER: May I approach, Your Honor?

THE COURT: Go ahead.

MR. GLOVER: Government's Exhibit 1, already admitted into evidence. And I'm going to put that on the overhead.

Ask the Court to publish that.

THE COURT: Go ahead.

MR. GLOVER: Thank you, Your Honor.

BY MR. GLOVER:

Q. You've already said this is AIG's earnings release for the third quarter of 2000; is that correct?

A. That is correct.

Q. And when you were in your office at Morgan Stanley on October 26, 2000, how does this come in to you?

A. It would be faxed to us.

Q. And what did you and your team do when you got this or any earnings release?

A. We would have someone standing by the fax machine, grab it, run to our computers. And we would have an earnings model which was a very simple program of what the company earned. We would flip over, we would read it as fast a speed as we could. We would flip over to the page "Financial Highlights," and as fast as our fingers could

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

type, we would start entering numbers into our earnings model.

Q. Did you have clients calling?

A. Yes.

Q. What did your clients -- what were they calling about on the day of an earnings release? Not this particular earnings release, but just generally the day of an earnings release.

A. Every time that AIG would release earnings or most important companies, the minute this would come over the fax machine, the phone would ring and they would say, "What does it mean?"

Q. Why are they calling you to say that minute, "What does it mean?" What are they going to do with what you're going to tell them?

A. They're going to buy, sell, or hold the stock. And this release would come in at 8:30 in the morning, and the market would be opening at 9:30. So they would have a short period of time to make their decision.

Q. And on October 26 of 2000, were your clients calling you?

A. Yes.

Q. And what were they calling you about?

A. They were calling about -- if you go to the supplementary data page, under the second line, there's a

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

line, "Change in loss in LAU reserve." There's a number.
Q. What I highlighted now?
A. Yes. There's a number in brackets, 58,939,000.
Q. What does that number represent?
A. That number represents that for this particular quarter AIG's reserves decreased by approximately 59 million dollars.
Q. And what had it done the previous year in the third quarter?
A. It had increased by 12 million dollars.
Q. What can you tell in here as to what premiums had done?
A. Premiums had increased 8 percent.
Q. Where do you see that?
A. If you look up at the top under "General insurance operations, net premiums written."
Q. Okay. 8 percent from what is highlighted here, which is the total?
A. Yes, that's total. If you look under "Domestic," increased 8.7.
Q. Okay. And premiums are up, reserves are down?
A. Yes.
Q. Clients are calling?
A. Yes.
Q. What do they want to know from you?

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

A. Their question is: Is something wrong at AIG? Is it possible that the company is under-reserved and therefore they could have to take a reserve charge at some point in the upcoming quarters? That was their concern.
Q. Now, based on your interaction with your clients, were these numbers of importance to them?
A. To the clients?
Q. Correct.
A. Yes, they were.
Q. Were they important to you?
A. Sure, they were important.
Q. Did AIG headquarters, Ms. Schroeder -- did AIG provide an explanation for that 59-million-dollar decrease in loss reserves?
A. They did.
Q. And I'll direct your attention to page 3 of the document. What was the explanation that was given and where is it located on page 3?
A. They said the claim results -- in the second paragraph. "Claims resulting from prior period's catastrophes are being paid currently resulting in a reduction of outstanding losses."
Q. Can you translate that for us?
A. Yes. Nine months earlier, around New Year's of 1999, there had been two huge winter storms in Europe, Martin

PDF created with FinePrint pdfFactory trial version www.pdffactory.com