an interview with

# Ronald Ferguson,
## chairman of General Re



# reactions

NEWS AND ANALYSIS OF THE WORLD'S REINSURANCE AND INSURANCE MARKETS    AUGUST 1997

## The General & Cologne Re
## the inside story

The General & Cologne Re

**Italy**
Breaking Swiss Re's stranglehold

**Brazil**
Blaming each other for a market in freefall

**Munich: Conference**
The rough guide to the Rendez-Vous

reactions

GR1_0663179

GR1_0663179

# Talking tactics

# General

GR1_0663180

The General & Cologne Re

# with the

As chairman of the General & Cologne Re group, Ron Ferguson is one of the most powerful men in reinsurance. He is also one of the quietest, nicknamed "Dr No" for his unwillingness to comment publicly on business issues. While the bosses of companies a quarter of General Re's size regularly air their opinions on the industry, Ferguson maintains the discreet profile of a private banker.

He has succeeded in transforming General Re from a domestic leader into a significant global player. In the 10 years he has been in control, he has overhauled its corporate structure, sharpened the company's customer focus and made a series of canny acquisitions which have widened its geographic reach and increased its customer services.

It was Ferguson who saw that time was running out for his company to establish itself as a global player. To that end he masterminded the acquisition of Cologne Re, the world's oldest reinsurer. It has proved to be a match made in heaven. His bold move was the catalyst for the industry-wide consolidation which followed.

General Re is one of the oldest reinsurers in the US. It was taken over by the Mellon family, the New York banking dynasty, in 1945 and its establishment culture persisted even after becoming publicly traded. Like many long-established firms, most of its managers graduate through the hierarchy: both Ferguson and his right-hand man Jim Gustafson, have worked at the company for 28 years.

It remained the dominant reinsurer in the US until the end of the 1970s, when new capacity intensified competition and eroded General Re's power base. Its situation worsened when a number of senior managers left the company, some to set up new competitors such as Trenwick.

Since Ferguson became chairman in 1987, General Re has grown bigger and stronger. With 15% of the market, it remains the leading US reinsurer, having beaten off strong competition for the title in recent years. Last year it consolidated this position through the purchase of National Re, a highly-regarded company with an impressive client base of small and medium-sized property/casualty insurers.

Ferguson's strategy has paid dividends. General Re is one of the best-performing companies in the business. Its stock gained buy recommendations from investment analysts after record operating earnings per share for the fourth consecutive year. In a poll for *Fortune* magazine, it was rated by rivals as one of the best p/c companies in the US for its innovation, management quality, long-term investment quality, product quality and financial strength.

But until now, Ferguson has been reluctant to discuss the strategy which has earned him so many plaudits. However, earlier this summer he invited Simon Challis and Garry Booth to a closed meeting of General & Cologne Re executives in Denmark. Enthusiastic, relaxed and charming, he spoke frankly in a long interview which belied his tight-lipped reputation, describing his plans for the group and outlining what the future holds for the industry.

GR1_0663181

reprinted with permission of reactions august 1997    1

# The General & Cologne Re

### What is your strategy for General Re?

In 1990 or thereabouts, we laid out five strategic objectives.

Firstly, our client needs were changing, especially in the US. They were becoming more complex, and we wanted to protect and grow our business franchise. So we set about changing the structure of the company. We moved from a traditional product focus – having many people calling on a client and each selling them a particular General Re product – to a different, business-unit approach. Clients would be segmented either according to their speciality or in some cases by their geography, but mainly by the type of client, and then served by a team-delivery approach within this business-unit structure.

This structural reorganization was a fairly significant change for the company, moving from a product focus to more of a client problem-solution focus. The tricky part of doing this in a reinsurance company is that you always have to maintain product integrity, moving away from the product focus to develop the client problem-solution focus while maintaining underwriting integrity. That's what makes it so difficult compared with a company that is selling tangible goods. That is why we implemented the new structure slowly and sometimes painfully. But it is largely complete at this point. In the US, we have 14 business units, mainly defined by type of client. For example, workers' compensation: companies that specialise in that line would be a client segment for a business unit. We can develop greater expertise for each type of client in this kind of structure.

There are two parts to the second objective – and bear in mind I'm not giving you these objectives in any order. The first part was to improve our investment operations for the stewardship of the assets we have under management, both in terms of the funds related to policyholders – or the funds behind the reserves – as well as our shareholder-supplied funds. We needed a far more sophisticated asset-management operation. We've largely restaffed our investment department since 1990, and performance proves we did the right thing.

We are not developing a riskier portfolio, but getting better returns from the level of risk we're comfortable with. We run a fairly conservative investment portfolio, but within those constraints, new asset-liability modeling techniques can make a lot of difference. So we have dramatically improved our performance without increasing the risk level.

Most insurance companies basically invest on a pre-tax basis. All of the metrics, the reward systems, the measurement systems, the management reports, are all on a pre-tax basis. What we've done is simply recognise the reality, made harsher by the 1986 tax legislation in the US, that we are in a world where tax does matter for investment purposes. It sounds silly and trite, but not too many people recognise it. We have developed a whole new metric and technology for after-tax investing. It's an important strategic objective.

> "Things that used to take us days now take hours. Things that used to take weeks take days. The technology is extraordinary. I personally have become hooked on it. If you took my laptop away, I'd be lost."

GR1_0663182

GR1_0663182

Part two of that strategic objective was to begin to develop an asset-management capability that we could provide to clients. This capability is well-developed by now. We started to do this within our investment department to test the concept. We found that clients were eager to get this type of service, and so we've expanded it.

We acquired a company that was in the business of providing asset-management services to insurance companies, both life and non-life, mainly in the US. Now we have around $10bn of clients' assets under management, split about half and half between life and property/casualty companies. It's called General Re-New England Asset Management, a first-rate company. Somewhere down the road - not next Thursday but not in 10 years' time either - we plan to globalise that business.

The third strategic initiative was to develop an attitude of continuous improvement within the company. We have set about developing a language, the technology and some common tools which people can use to attack issues across departmental and company borders and improve our effectiveness by eliminating unnecessary tasks.

## The General Re/Cologne Re merger

In September 1994 General Re acquired Cologne Re. Below, Ferguson reveals how the battle to buy the world's oldest reinsurer began four years earlier.

"The popular perception is that all of a sudden in 1994 General Re got the idea to buy another company and Cologne Re was for sale and the two got together. But I'd been working on it since 1990. We had a few false starts - by that I mean, we made some attempts to see if we could buy shares in the company or develop a strategic alliance and they didn't work out. But then all the stars lined up in 1994, when Oppenheim Bank and Colonia decided to sell their interests. We had already identified Cologne Re as the ideal partner before it technically went on the sale block with Goldman Sachs.

To fast forward to 1994, Goldman Sachs was engaged to sell the company. We entered into what turned out to be a hotly contested situation and ultimately prevailed. Since then we've set about integrating the two companies, although I use that word advisedly because the partnership between General Re and the Cologne Re is a complicated one. In some markets we have actually integrated the two operations. In other markets, for good reasons, we have kept them separate. In others we are developing global businesses that transcend both General Re and the Cologne Re, and are marketed under a new label, the General & Cologne Re.

In Germany and the US, things carry on pretty much as they did before. The same names, the same methods of operation. It's not that we slammed the two companies together. We went through it market by market to figure out what would be the best way to try to preserve that local business franchise. Do we keep the old name? Do we physically integrate the operations? Do we start a new one? We looked at it from the clients' point of view and the market point of view, and as a result we have come up with different business models in different markets. We've started to do that using the General & Cologne Re identity as the group anchor. But it would be stupid to change the name of Cologne Re in Cologne and it would be stupid to change the name of General Re in the US, where you have a great history and value in those brands. But there are areas where it would make a lot of sense to go forward under a new label.

In other areas we are totally integrated. In Australia, for example, we simply did a classical merger-and-integration, which shows in the label of General & Cologne Re. In Brazil, we basically ended up with one company. In London, it's a little bit different. We're catering to two different markets there and we took the decision to continue to operate the companies there separately. Cologne Re in London is basically a broker market channel and General Re is basically a direct channel, and it would be wrong to merge those companies or operate under a common name.

So we have a mixture of models. Cologne Re in the US had a small property/casualty company which they basically decided to shut down. GRC is the flag in the US for property/casualty. Cologne Re had a large and important life and health operation in the US and that obviously continues to operate."

GR1_0663183

reprinted with permission of reactions august 1997     3

# The General & Cologne Re

We also made a significant commitment to technology. Today everybody is hooked up on Lotus Notes email. It is part of our life now. It has improved what I call the velocity of management. Things that used to take us days now take hours. Things that used to take weeks take days. The technology is

We also felt, back in 1990, that derivatives could become an important part of the economic risk-transfer process. We needed the skills and the products to blend those kinds of products with more traditional kinds of reinsurance products, if and when clients required it. Back then we were only speculating. My

When we started GRFP, the charge to the company was to become a global, full-product derivative instrument dealership. We didn't say, 'Here's some money, go set up a derivatives business for insurance companies' – that would have been insane because the market wasn't proved for that. Besides, one of the critical elements in managing a derivatives business prudently is having a portfolio of risks which is diversified in terms of product and geography. If you wanted to set up a derivatives business just for insurance companies, you wouldn't get the best people because they wouldn't want to restrict themselves to one set of end users. The mission for GRFP was to build a broad-range global derivatives business. When we have that platform in place, then we'll see about bringing those products and services to insurance companies.

> "We've had National Re now for six months and I think it'll be non-dilutive going forward from this month. Unlike the Cologne Re transaction, we had to achieve some cost synergies to make the National Re deal work at $53-a-share."

extraordinary. I personally have become hooked on it. If you took my laptop away, I'd be lost.

The fourth strategic initiative was that we decided to start a derivatives dealership from scratch, so we set up General Re Financial Products (GRFP). We had the capital resources and the right culture, a risk-taking culture with the appropriate controls, to develop and manage that kind of business. It's a volatile business, just as reinsurance is, but we felt we had the right skills, controls, and culture.

thought was that somewhere in the early part of the next century we'd start to see a blending of the products, a point at which the insurance and capital markets would move closer together and perhaps even converge. But it's going to happen well before then. But the main point is that we're well-positioned — and there are very few other reinsurers who are as well-positioned — through the knowledge and experience we've built up through GRFP to provide additional products and services to our insurance clients on a stand-alone basis. And that's happening today.

GRFP is up and running. It's doing well. It has about 150 employees at present and it's been profitable every year. The nerve centre for GRFP is in London, although it's a global, 24-hour-a-day business. We've hired Tony Iliya, who comes to us with a lot of experience, most recently with Credit Suisse and before that with Bankers Trust. He is building on the success we've had by creating

GR1_0663184

4

GR1_0663184

additional product and market capabilities which he personally knows. We are hiring more staff to provide greater coverage on the insurance side around the world. But the company was created for strategic, not just economic reasons.

The fifth strategic initiative simply was to globalise the company. Back in 1990, 94% of our business was in North America. Although we had started in Europe in the early 1960s and had an operation in Japan in 1972, they were very small operations and represented only 6% of our total business. But the landscape was changing. We saw it a little late but we saw it nonetheless. And we saw it would take us a long, long time to develop the kind of global breadth and reach we needed. Quite frankly, we thought we could do it – but that it would take decades. And we began to realise in 1990 that we didn't have decades.

When I started in the insurance business in 1965, 65% of the world's entire premium volume was in North America. Today it's about 32%. It was those trends which caught our attention to start off with. It was also clear that while we had some good operations around the world, they were small and would take a long time to grow. It was also apparent

## Global business units

As part of his strategic objective of sharpening customer focus, Ferguson has started a programme to develop better relations with multinational cedants. He is creating global business units to respond to the growing trend of large insurers forming global partnerships with multinational reinsurers.

"Bill Thiele is developing a business on a global basis under the banner of the General & Cologne Re. He's developing a non-proportional casualty facultative operation that is multi-cultural. The management team is from both the Cologne Re and General Re. They are all trying to forge a new identity in the market as General & Cologne Re. We were already the dominant factor in the cas fac business around the world, but using the platforms of General Re and Cologne Re, we are by far and away the biggest and the best in the global cas fac business. This is also the case for the non-proportional property fac under John Cholnoky.

So we have these two global business units which transcend the two organisations. They are co-located with our local business managers in regional offices around the world. All business is local. On a day-to-day basis, they will be working in local offices with local clients, although training, strategic decisions and referral underwriting go into the global network. Getting the right balance is the challenge.

We have a third prototype – and I use that word carefully – which would help us orchestrate our activities for multinational clients. For the sake of argument, let's say there are up to two dozen of these clients that we think we are serving well at the local business-unit level, but we also need to stand back a little bit and look over the partitions and say, "On a global basis, do we have the right kind of relationships with these companies at the top?" It's wonderful – and it's vital – that we're doing a good job in Milan and Madrid, but this is a multinational company. But are we doing a good job overall? Do we have the right kind of relationships? You can be doing a great job in each local business unit, but you may not have the right personal relationship with the guy at the top sitting in Paris or New York. Quite frankly, we're not quite sure how to do it. So we set up two prototype teams to learn how we should manage those kinds of relationships. In all probability, these prototypes will turn into the third global business unit which is to oversee and help the local business manager serve these multinational companies. I'm not sure how many are going to be on that list, but it'll be somewhere between one and two dozen. The point is not to take any authority or responsibility away from the local business managers – that's where the business gets done – but you need people looking over the partitions, making sure that we're doing a good job overall."

GR1_0663185

reprinted with permission of reactions august 1997    5

GR1_0663185

## Ferguson on technology

In an industry renowned for its computer phobia, Ferguson has become a self-confessed technology addict. Since hooking his company up to email he is now one of its most enthusiastic users, sending and receiving large numbers of messages every day. Here he speaks about how installing the latest computer systems have transformed life at General/Cologne Re.

**How has technology revolutionised the way you do business?**

"A couple of ways. One way is what I call 'management velocity.' You just simply get things done much, much faster. I now do all my own letters, faxes, whatever. It's just so much more efficient and more productive.

Secondly, I'm in touch with everyone in the General Re world, roughly 3,700 employees. If someone wants to send me an email, I'll receive it and respond to it immediately. Communications are just magnitudes faster.

I read everything that Peter Ferdinand Drucker writes. He wrote about the "knowledge worker" before it became a popular phrase. Drucker said technology was going to flatten knowledge-based organisations. Then I understood it at an intellectual level, but not at a practical level. Now I do. Technology, in the form of Lotus Notes, gives you a friendly, efficient way of going to the person who is going to add value, as opposed to going through the hierarchical system of the company. It's a funny thing about email, the way it cuts through the hierarchy. I don't know quite how to explain it to you if you haven't experienced it for yourself. If I wanted to talk to someone who works for x who works for y who works for z either by memo or by telephone, I would feel obliged to go through the hierarchical chain because that is what you're trained to do. That is the accepted social custom. The computer blows that away. All of a sudden – and this is the hard part to try to explain – it becomes culturally and socially acceptable to go straight to the person themselves. Maybe you cc other people in the hierarchy, but no one would think it strange for me to send an email directly to someone and for them to respond to me directly, even though we're at different levels within the group. It's a little piece of black magic. I don't quite know why people accept it, but they do. It blows out the hierarchy and the bureaucracy in decision-making.

The third point is that it facilitates a team approach to clients, because on your laptop you have databases which contain all of the relevant correspondence, treaty terms and business conditions, the last telephone calls recorded, the last production report for a client. So you can have a team of people calling on a client in Chicago and the team can be spread throughout the entire US, but they all have this common database. This is the real business payoff – having all the account information available.

Fourthly, it can be a tremendous resource. For instance, if I want to find out who in the organisation knows the most about the petro-chemical industry, then I can. Or I can find out what the last 20 suggestions were which were put in the electronic suggestions box. And then there is the Internet, and that topic could take up another interview."

**How many emails do you receive and send a day?**

"The average is about 80-100, both ways. We have what I call an "electronic open door." Anybody can send me anything."

that at least some of our clients needed a reinsurer that had global capability, as their own clients had global needs. There was also the idea – which is a little harder to articulate – that we need to have critical mass on the world scene.

While it may seem to you that the General Re/Cologne Re story began on September 28th 1994, when the papers were signed, in point of fact it started around 1990. I very quickly identified Cologne Re as the ideal partner to develop our global reach. So in 1990/1991 I made it my business to get to know the Cologne Re people, including Jürgen Zech who was in charge then. It was apparent right from the beginning why the two companies would fit together well. It didn't take a genius to work that out. The hard part was making it happen. (See "The General Re/Cologne Re merger", page 3.)

## Why did the strategic rethink take place in 1990?

I became chairman in 1987, and there was just so much to do. There were some fires to put out. The business was growing very rapidly – 1986 and 1987 were high-growth years. Then we had problems with a few lines of business. I was consumed with those things and with getting my management team and style in

GR1_0663186

GR1_0663186

# The General & Cologne Re

> "The obvious reason behind acquiring Cologne Re was to globalise our business. One of the other reasons was the life and health business."

place. It was 1989 before we had time to stop and do a strategic rethink.

## You went some way in increasing your critical mass by buying National Re in October 1996. At $940m, it was said that you paid too much for National Re. How do you react to that?

It was a full price, that would be my description of it. We don't think we overpaid. If we thought it was overpriced, we wouldn't have bought it. But it was a full price. Quite frankly, it was right up to the line we drew in the sand. We'd done our analytical work, we knew the company very well, but the $53-a-share was a full price. I don't think we could have gone any further. At that price, we believed – to use the analysts' jargon – that the acquisition would be "accretive" rather than "dilutive" to profits.

We've had National Re now for six months and I think it'll be non-dilutive going forward from this month. Unlike the Cologne Re transaction, we had to achieve some cost synergies to make the National Re deal work at $53-a-share.

The National Re deal was what bankers would call an "in-market merger". As such you could achieve cost synergies. All the costs of the holding company of National Re can be blown out, all the costs involved in managing its investment portfolio can be blown out, a great deal of the support staff can also be eliminated. They're terrific people, but they weren't needed because General Re could provide the infrastructure and staff support. So, of the roughly 340 people that worked for National Re, about 160 were offered jobs – the underwriters, the marketers, the claims people and some of the key support people. Also, all of the National Re facultative offices were fully integrated into General Re.

So the point is there were considerable cost synergies to be achieved. Perhaps we could have achieved those a little bit better than some of the others who were bidding because not only was it an in-market merger but an in-town merger. It was just down the street. So when you ask, "Did General Re pay too much?" you have to factor these things in. We were able to achieve – and note I

use the past tense because we have achieved them – cost synergies which other companies may not have been able to achieve. These aren't empty promises. We delivered on them.

So that is my answer – it was a full price, but with the cost synergies it will be accretive to earnings. It wasn't for the first six months, but now it will be.

Look at the business rationale. National Re has a wonderful business franchise on the treaty side that is aimed largely at small and medium-sized companies in the US. They evolved wonderful client relationships with this segment. That was their speciality. The company had a wonderfully clear focus. It wasn't trying to be everything for everybody. Small and medium-sized companies are an important segment in the US. It's a highly entrepreneurial environment, with new or small companies being formed all the time. The headlines are being made by the consolidations, but what you don't read about every day are the new companies and National Re was just great with them. These companies are highly successful – and terrific clients. That was the business franchise

GR1_0663187

reprinted with permission of reactions august 1997    7

we were buying. We have, I'm proud to say, retained all but one of the 33 treaty people. The team is basically intact and, having been came up fairly quickly. Unlike the Cologne Re deal, which I worked on for four or five years, this one all happened within a couple of to think about it. There's no apparent – and I say "apparent" because I may not be smart enough to work it out today – strategic need to buy another reinsurance company in the US. Is it conceivable that there could be an economically attractive proposition? Well frankly, I doubt it. But anything's possible.

## "We didn't then and we still don't have a number for US versus non-US business within the group. Our real goal is to have critical mass in every market we operate in."

through the first renewal, everything is terrific and with great client relationships.

The other part of the rationale is that National Re had begun to develop a facultative division in the past few years, both casualty and property. We saw that as a great opportunity to add to our bench strength on the facultative side, particularly as we began to develop global business. One of the constraints is people, so we thought it would be neat not only to acquire the business which National Re has on the facultative side, but it would be wonderful to bring those additional people in to be part of the global network.

We knew the company very well. They were in town. A lot of the senior people at National had worked at General Re in the 1960s and 1970s. We knew the people, we knew the company, we knew the business – and the deal

weeks. But as we knew the company, everything could move very quickly.

The treaty franchise, the good team of people and then the cost savings – these were the three points behind the deal. All in all, it was a full price but an appropriate acquisition.

## Are there circumstances in which you'd consider acquiring another company?

I'd like to answer "no". But it's such a broad question I have to leave a little exit, I suppose.

We feel that we have the critical mass we need, the products we need. As we see the world today – and everything can change suddenly – there is no strategic reason for us to make another acquisition in the US. But to use a Warren Buffet phrase, if someone wants to sell a dollar for 50 cents we'd be foolish not

## The US market is stagnant at the moment: what opportunities do you see?

The insurance and reinsurance markets in the US have been growing slowly. This is partly a reflection of the cycle, which is at a difficult time, and partly a reflection of the US economy which is growing, but growing slowly.

Although General Re is the largest reinsurance company in the US, we have a market share in the range of 15%. There's 85% of the market we don't have. We need to address ourselves to the more desirable parts of that 85%. The organic growth in the market is modest for now and for the foreseeable future, but there's still that other 85% out there. Now obviously that's already spoken for, so it's not easy pickings. But our job is to go out there and get some of those accounts. That is where the main growth will have to come from.

GR1_0663188

GR1_0663188

# The General & Cologne Re

That had a lot to do with our move away from that product focus. We thought that by developing more of a client-segmentation focus, we would be able to increase our market share and penetrate some of the buyers we don't already have.

## Worldwide life and health business is growing faster than property/casualty. How have you responded to that?

The obvious reason behind acquiring Cologne Re was to globalise our business. One of the other reasons was the life and health business. Back in 1990, it was very apparent that we didn't have enough of a health reinsurance competency in the company. We had bits and pieces but not a full competency. The healthcare provision revolution was about to go into full swing and so we reckoned that there would be lots of opportunities in the health reinsurance area. We didn't have a life reinsurance competency either, except in a few parts of the world, and so that was an additional bonus behind buying the Cologne Re. The driving concept was to globalise the property/casualty business, and the second reason was to buy the life and health reinsurance competency. That second reason has turned out to be even more

important than I thought it would be. I underestimated the importance of acquiring those skills and that client base. Product synergies that are already developing have far outpaced my expectations.

## Has life/health become so important because of the low growth in property/casualty?

That is the negative case. I wouldn't deny it, but I'd prefer to put it in a different way – that we are now able to meet the full demands of clients.

There is a client in Europe to whom we're providing the group's life reinsurance, general liability and medical malpractice cover. It's a three-cornered hat: Cologne Life Re is doing the life part, Cologne Re is doing the liability part and General Re in the US is doing the medical malpractice part. We couldn't have done that before.

and that is new business on the books.

## Did you set a ratio of life business to property/casualty business in the group which you want to achieve?

Quite honestly, no. We saw we had a missing competence. If you add it all up, it amounts to about one-sixth of all business, but even now I don't have a preconceived notion of what it should be. We don't operate that way.

Let me extend this to the global business: we didn't then and we still don't have a number for US versus non-US business within the group. Our real goal is to have critical mass in every market we operate in.

Put it another way. We want to be the leading reinsurer in those areas. The focus is clients – aggregating clients to a market – and then the right answer is the

> "If it happens that General Re Financial Products turns out to be a significant part of our earnings, then that's fine. But that wasn't the real driver. The driver was strategic."

There are other cases in the US where General Re and Cologne Life Re are jointly developing and marketing new products to clients,

sum of the parts. I couldn't care less whether the ratio is 43/57 or 46/54. You can subpoena every piece of paper in the General &

GR1_0663189

Cologne Re and you won't find such a number. That's not the game. The game is to serve your clients and have critical mass in each area. Whatever those two add up to is the right ratio.

## Is the growth potential of emerging markets overstated?

One can get too carried away by it. But there is a basis for it. If you look at the macroeconomic and demographic trends and look at the amount of insurance compared to GDP, you can make a pretty good case that the markets in Latin America and South-East Asia are likely to grow faster than the developed markets in western Europe and US. So yes, it is important. Yes, you do have to invest in that area. And yes, you do have to be patient. It's not going to come overnight because you have to have a middle class in these countries with things to insure. That's starting to happen in some of these countries. In India, there is a larger middle class than a lot of us realise. In Argentina, there is a middle class and a robust insurance market. China, of course, is going to be a longer time coming. General & Cologne Re have representative offices in China, we have an office in Shanghai, we've got big operations in Hong Kong and

Singapore. Our business in China today is enough to pay the rent on the office, but it's a longer-term play because there isn't that middle class there yet.

Your next question is going to be "How long?" I don't know. My crystal ball isn't any better than yours. I don't think that any of these markets are going to make a significant contribution to growth for the rest of the decade, but Brazil may be significant before then. Our view is that it's going to be the year 2005 or 2010 before business opportunities fully develop. We have business there. We are taking it seriously and investing and building relationships, but it won't happen before the end of the century.

Is it overrated in the near term? Yes, probably. Is it overrated in the long term? No, not at all.

## What are the threats? Do you see the investment banks as a threat?

There are a lot of clever people in the investment banks and the money-centre banks who are trying to figure out how to take apart the traditional reinsurance transaction. I wouldn't want to denigrate any of those people. They're very capable and hard working. Some are even friends of mine. They're trying desperately hard to work out how to make

inroads into the business. But what we do have, and they don't have, are the underwriting skills – and they can't figure a way around it. So I don't see them as a huge threat.

Securitisation could be a threat, but quite frankly I don't lie awake at night worrying about it. I just don't think that there are enough investors to develop a robust market for securitisation, especially given today's pricing environment. However, if I'm wrong and a robust market is established – and I say "robust" because there'll always be a deal but a deal doesn't make a market – then our group would be right there, and we'd be in a position to securitise risks on behalf of our clients. Roberto Mendoza, the vice chairman of JP Morgan, said he didn't really understand all this talk about securitisation. He thought there already was securitisation – it's called buying stock in an insurance company. 'I thought that was what we already did,' he said.

The other threat, of course, is the decrease in demand for reinsurance as some of the larger companies consolidate. That's a real issue in some markets. In most markets, and certainly in the US, the counterweight to that is all the small and medium-sized companies that start up. There

GR1_0663190

GR1_0663190

The General & Cologne Re

are a lot of entrepreneurs in the world, bless them. Two companies merge and six guys get mad and start their own company and they become a terrific client. The problem is that it takes a lot of small clients to make up for the loss of business from one large client. That was one of the reasons which attracted us to National Re, because of their franchise with the smaller clients. If you look at the US, all of the growth in the market, such as it is, basically comes from the companies in the bottom two quintiles in the market.

## Is your group becoming more involved in financial services in response to threats to your traditional reinsurance business?

I don't think of it quite that way. I think of it as positioning ourselves to provide the integrated, blended or expanded products which our clients are going to need to serve their clients in the decades ahead. I don't view it as a diversification or a broadening of the revenue base. I see it as an important set of skills and products which we need to service our clients in the future. If it happens that General Re Financial Products turns out to be a significant part of our earnings, then that's fine. But that wasn't the real driver. The driver was

strategic. We try to keep a sharp focus on our business, which is reinsuring our clients. We don't have a mandate from the shareholders or directors to diversify into other businesses, so everything we do, if we've thought it through properly, will have a strategic focus. We're really committed to reinsurance. We're a focused group and there are plenty of opportunities in the reinsurance business. There's a great advantage in being focused. GRFP or GR-NEAM are not diversifications. They are part of our strategic fabric. I don't think that investment management fees will become a major part of the General Re revenues, but that's not the point. The point is to be able to service our clients in this important area. A lot of insurance companies don't have state-of-the-art investment management systems.

If we generate more capital through our operations than we can properly deploy in the business, we will return that capital to the shareowners through share repurchases rather than diversifying. That's my fundamental and deeply-held belief about how General Re should operate. I realise that in some parts of the world share repurchase is a strange concept. It's even illegal in some countries,

but I, as a manager, view it as an important, legitimate and valid capital-management tool.

What we're trying to do at General & Cologne Re is to have the capability to provide all products in all markets at all times. That's the catchphrase. I use the word 'capability' because it doesn't mean that we're necessarily going to do it – you have to take a view on the client and a view on the market. But what we're trying to do in stitching together General & Cologne Re group, General Re Financial Products, New England Asset Management and a few other little things which we haven't talked about is to be able to go to our clients and say, 'We can provide all the products and services you need, mainly under the banner of reinsurance, but also derivatives, and also asset management in any place at any time.' That's why we have stitched together the network we have.

We think that by having that capability we will become the premier global reinsurer. What that means at a client level – which is the only level that counts – is that we want to be the first-choice provider.

What we'd love to do is to write 100% of every account. We have some accounts like that, and that's

GR1_0663191

GR1_0663191

# The General & Cologne Re

the type of client relationship you like to have. But for many clients that's not going to be possible. Our aspiration, then, is to demonstrate sufficient value-added capabilities to become the first call which they make. That is our goal. We're not saying we need to be the biggest or that we need to grow 17% a year – everything we do is driven by the client. But if we can achieve that goal, we will be well on our way to achieving our overall aspiration to be the premier global reinsurer.

## Do you think Wall Street really understands that approach?

That's a tough question to answer. It is a problem. There's a tension there. Especially in the US. The majority of the ownership of General Re is institutional. Most, but I wouldn't say all, institutional investors have a shorter time horizon than we do. Their view is "Did you grow the business this quarter?" There are a lot who have that attitude, and that includes my son who works for one of the big mutual funds. But they're not all like that. Some have a very strategic focus, but the bulk of them are focused on the short term. That puts the burden on us to explain our story, our strategy and our focus. It's like cutting down one tree at a time.

Our chief financial officer spends a huge amount of time on this, and I spend some time on it as well, trying to tell our story to the institutional owners. These are bright people, so if you take the time to explain things to them, then the bulk – I won't say all – will say, "Okay, I understand what you're trying to do. I understand I shouldn't get too excited about whether premiums go up 3% or down 3% this quarter."
But it takes a lot of time and energy to tell your story. Basically, yes – there is a conflict, or tension because of the time frames. ⊃

12

GR1_0663192

## Ferguson on himself

**You have a low profile within the industry. Is that intentional?**

Yes. This is the first interview I've ever done. I don't think I can serve my clients better by speaking to a journalist three times a week and becoming a 'personality'.

Basically we see ourselves as a private banker to our clients. We are an open market. We have lots of different clients with lots of different needs, and we don't see our role as speaking on those issues. You won't see me pontificating on insurance industry issues – those are our clients' issues. We're here to serve them, not to articulate their issues and say "Client A is right on this issue and wrong on that issue". On any issue, whatever it is, we have clients on both sides of the issue and it's not our role to get in the middle of that. That gives us the disposition to take a low public profile. It hasn't been proven to me that there is a valid business reason for speaking to the press. We are here to serve our clients' needs and therefore we should keep a low profile. We have a culture of this at the company. It's not just me. It permeates the company. I didn't create it – it was here before I got here.

**How would you describe your management style?**

Informal. We don't stand on ceremony. We don't have a lot of bureaucracy. We don't get hung up on organisational charts. I would also describe it as Socratic. I try not to tell people what to do – I prefer to ask questions. I don't do things by fiat. I'm not a dictator, I don't go into rages. I don't think you'll find anyone in the company who's heard me throw a temper tantrum. We try to have a very professional environment. I tend to communicate a lot within the organisation. I don't think anybody's in any doubt about what I'm thinking – I blab it all over the place.

**Does that management style reflect more your personality or General Re's corporate culture?**

That's a tough question. I'd say it's more a reflection of my personality. It's a little of both, but it's more my personality.

**What's your normal working day?**

I'm in the office by 6am every day. The end of the day tends to get a little ragged, but I typically leave around 7-7:30 pm. It's not too structured. If people want to talk to me on any given day, the odds are that they can.

Email has cut down on the amount of time I spend in meetings, and the number of phone calls and the amount of paper memoranda has dropped like a rock.

**What about travel?**

I come to Germany about once a month on average. I do some client work in the US, usually dinners but some trips. I'm probably in the office 70%-80% of the time. We have a lot of good people in the field so I don't need to be everywhere. So I spend a lot of time on board matters and investor matters.

**What do you do when you're not in the office?**

I run. My real passion is running. It clears the mind. It clears tension. Sometimes I get my best ideas when I'm running. I run three to six miles every day. A person needs to find a stress release mechanism, otherwise you end up with dysfunctional behaviour. You need to be alone – it's partly to do with being alone with your thoughts – and running is one of the okay things to do alone. Running is acceptable. If you do other things alone, you're anti-social or unfriendly.

**What ambitions do you have outside of reinsurance?**

I enjoy writing, but at the moment it's all business stuff. One day I hope to pick up writing in a more serious way, writing business books or possibly even a novel. My other aspiration is to become a classical guitar player. I started, but I just haven't had the time for it. But I love the guitar.

But this job is pretty much non-stop. You have to be on call all the time and thinking about it non-stop. That's the advantage of running, you can do it in half an hour or 45 minutes. I have a wonderful family, but a lot of people would look at my life and say it's a little one-sided. But in this kind of job, it has to be. You can't do it on a part-time basis.

**Any thoughts on retirement?**

I'm 55. I've been in the company for 28 years. I'm in excellent health and energy and I'll serve as long as the board wants me to serve. We're on a journey, so I don't impose limits on myself or the business. Ultimately the board will decide, but I don't have a goal to retire at 60 or 65. I just don't think that way.

GR1_0663193

reprinted with permission of reactions august 1997    13

GR1_0663193

The General & Cologne Re

# The Gustafson file

Gen Re's North American property/casualty operations produced 61% of pre-tax earnings in 1996. But its home market is undergoing tremendous change. Jim Gustafson, Gen Re's president and chief operating officer – who has been with the firm since 1969 – explains how Gen Re is responding to consolidation, competition and pressure from Wall Street.

**How is Gen Re creating growth in a stagnant US market?**

We don't have a strategy to create growth. We don't set premium goals in the sense of wanting to make a certain number. What we do is create the right sort of relationships with the right sort of clients that are sustainable relationships and stick to our basic tenet, which is commitment to underwriting integrity. When the market is as tough as it is – and all the clichés are true – we try to stay disciplined and client-focused. That means solving problems for our clients and giving them reasons other than price to do business with us. It does very well for us and we lose very few clients to other reinsurers.

We do lose some volume from clients who decide to retain more for themselves, but this is happening to all the larger US companies.

Gen Re's 1996 premium volume was adversely impacted by the non-renewal of a large quota share treaty when a client company was acquired. Is there a link between retentions and consolidation in the primary sector?

Higher retentions are a consequence of companies becoming more financially stable either by consolidation – and there's been a lot of that – or through two successful companies merging. The merged company's capital base increases and then it is under pressure to produce results for the stock market. That pressure goes right through the market from producer to reinsurer. So companies look at ceding away large blocks of business to reinsurers and they say, 'Why can't we take that? We've been acquired by x who's got a bigger capital base which we can run it against.' The difficulty for Gen Re is that our clients who are involved in mergers and consolidation tend to be larger companies and when someone does take an increased retention the dollar amounts are relatively large. So when a larger company takes a bigger retention, then we have to write a lot more business with smaller companies to make up.

We have restructured our business in the US over the past four or five years to become more client-focused than product-focused. We're having a lot of success with smaller companies. We started more new client relationships last year than ever before – but it takes a lot of those new smaller relationships to make up for two or three big blocks which a large company has decided to retain. You feel like you're having a lot of success, yet you don't see it in the financial statements.

**Is Gen Re involved in non-traditional business such as reverse flow?**

I've never quite figured out how a reinsurer has better sources of production than the primary industry does. Another thing, we deal with most of the major insurance companies in the US and I've never understood how to approach one and not another [primary company] with a proposal. It seems that if I give to you and not to another company and you get to hear about it then you'll say,

14

GR1_0663194

GR1_0663194

"Why have you given business to them and not us." I really think it is divisive. I know some reinsurance companies are doing it and some primary companies are saying, "Well, why aren't you finding business for me?" But I don't think that this is the business of reinsurance, and long term it's going to have a divisive effect among clients. Once in a while we may come across something and we may introduce a client or two to it, but it's not something we have a business unit dedicated to driving.

In what other ways are reinsurance buying habits changing?

There is perhaps a trend to more reinsurance buying decisions being made by the chief financial officer of a company than the chief underwriting officer. There used to be a time when it seemed reinsurance was being bought very much on a relationship basis. Person-to-person relationships are still important but the economics have to work for both parties far more than they did 20 years ago. That has evolved because companies are much more accountable for their results. Because of this pressure, people on the financial side are being relied on more to decide what does and what doesn't make sense to buy.

Is that why finite risk has taken on more significance for insurers?

It is one factor, but not the only driver in the amount of finite risk reinsurance being done now – and there are more finite reinsurance programmes being written. Part of it is because chief financial officers are able to understand, plan and think through how they're going to produce results for their companies over several years. What we have seen, and this goes beyond insurance, are

tremendous penalties imposed on companies who don't meet Wall Street's expectations on earnings. So primary companies are spending a lot more time thinking about how they're going to protect their earnings stream over time.

Will finite-risk programmes overtake conventional protections in volume terms?

Far less than a majority of Gen Re's clients have finite-risk elements in their reinsurance programmes. The exotic types of finite risk appeal to the more sophisticated companies, but what a lot of the smaller companies are looking for is simple risk transfer. They transfer the risk because they can't afford to keep it. Today finite risk is a way of managing results over a period of time. But if it doesn't work out as expected, then the majority of the losses are going to come back to the insurance company and a lot of companies can't afford that. It's risking their survival.

Gen Re started a programme to repurchase $500m in common stock earlier this year. Since 1987 the company has repurchased shares for about $2.5bn, which are now worth more than $5bn. What's the rationale?

This is the 10th in a series of buybacks, and when we get to the end of this there may be an 11th. We're very disciplined about capital management, and stock repurchase is an important element of our capital-management programme. We need to decide how much capital we can effectively deploy in our businesses around the world. If there's more capital being generated than you can employ, especially in a tight market as we have now, you don't want to create unnecessary growth, and excess capital could do that. So we

balance how much capital we use and how much we give back, and we do that by dividends and by buying stock back.

Is there too much capital in the US market?

It's true of both the insurance and reinsurance businesses that there is too much capital in the business, and so long as there's that level of capital it will be very hard to return to a period of less competition. The excess capital is coming from the investment side which has been performing very well recently. If you think that is going to go on forever, however, then that is a bad planning assumption.

If you don't use stock repurchases then excess capital gets taken care of very painfully – either the wind comes or you find out that you've been severely underpricing your business. But that can take a long time to happen.

Does Wall Street place too much emphasis on returns from reinsurers?

No, I don't think so. We create Wall Street's expectations. It is a constituency which we're devoting more attention to than we have historically – Wall Street and the ratings agencies. Their focus and concerns are appropriate. Investors have a lot of choices about where they invest their money. Reinsurance is an industry which potentially has high risks, so people look for high rewards. You hope that the people who follow the business understand the real dynamics. Some people have placed too much emphasis on the narrow notion of premium volume as an indicator. But I think that's changing.

**GR1_0663195**

reprinted with permission of reactions august 1997    15

GR1_0663195

The General & Cologne Re

# The Lütke-Bornefeld file

**Cologne Re's chief executive since 1993, Peter Lütke-Bornefeld, 51, is also executive vice-president of General Re, with a seat on the main board in Stamford, Connecticut. He also trained as a sociologist, so he is well aware of the upheaval which the integration of two large businesses would cause. We asked him how the newly-merged company will handle change at home and growth abroad.**

**Have German cedants come to terms with the merger?**

There are no major problems. They were worried in the beginning that decisions concerning their ceded business would be taken from a remote location and might not take into account long-standing relationships. It is an appropriate concern when such a merger takes place. But it was our policy from the beginning that General & Cologne Re would be a decentralised organisation with a strong client focus. It took a lot of time and energy to visit each of them but we communicated that message to our clients from the beginning.

**Did you lose any clients as a result of the merger?**

We didn't lose any clients and we didn't lose any premium. Due to the decision that Cologne Re should take over and manage ex-North America treaty business we lost maybe a few per cent of the theoretical business we could have taken over from Gen Re. But that was only because of some clients' policy not to put too much - say more than 20% - with one company.

**With hindsight, would you have done anything differently in consummating the merger?**

It's always appropriate to get people involved in the consultative process. Perhaps we tried to have too many people on committees. It takes a lot of time to put people together and to have discussions. By drawing out the process you can create uncertainties, fears about the future ... so in some areas we should have hurried the process up.

**How many people were lost in the merger?**

Overall, we lost 10-15 or so, from the international side only. These were people who were picked out by headhunters or found their new role frustrating in some way. But only a handful were lost out of 1,200 staff.

**Was Wilhelm Zeller, former board director, the most prominent departure?**

His move to Hannover Re was nothing to do with the merger. In fact he was in favour of it. But he had an outstanding offer to become chairman of Hannover Re. Without the merger he would have taken that offer anyway.

**The merger comes at a difficult time for the German primary market, which seems to be in turmoil.**

Its difficulties are over-articulated. The changes are due to deregulation and intense competition. In the case of deregulation, we have been facing these challenges since the end of the 1980s. Now we are seeing more new products which are developed with the client in mind and not simply the regulatory authorities. So insurers are forced to act independently and develop their creative skills to meet these new challenges.

There is an indirect connection between deregulation and increased competition. In the motor business, insurers can make their own pricing assumptions and models thanks to deregulation. Rates are moving down as a result, but it is too early to say whether it's imprudent behaviour. German insurers had an excellent 1995 and 1996. Now they will be pushed to use all their entrepreneurial and organisational tools in expense management and marketing.

Industrial business, on the other hand, has been very competitive for nearly 20 years. Today it is particularly negative in terms of rating and expected profits.

16

GR1_0663196

GR1_0663196

There are a lot of changes, but I wouldn't say it's in turmoil.

**Will Cologne Re reduce its share of domestic business in light of these changes?**

Even if there is a decline in some sectors of the market, we are used to consistency and continuity: we will stay as long as it makes economical sense. It's still a big and profitable market. Indeed, we would like to increase our position — not necessarily our market share. If it is good business, we will write it.

**Have you benefitted in the domestic market from the acquisition of other German reinsurers, such as Aachen and Frankona by Employers Re?**

Our clients see the benefits of our merger. Employers Re has not followed the same policy as us. They acquired smaller companies and they want to integrate them more fully. We are pleased at the reception we have received from our clients.

Let's look at Cologne Re's international business. If you take out life business and Gen Re premium, there is static growth.

Life and health is very important for our portfolio and it is growing fast. A growing area is the developing markets of Latin America, Asia and eastern Europe. The mature insurance markets, including Germany, are somewhat flat. In addition, declining rates in the reinsurance market — particularly in catastrophe business — has the effect of reducing volumes. That's something you might observe in the whole marketplace. But we are not over-concerned. It is a reflection of the cycle rather than a symptom of substantive change in reinsurance needs. Anyway, volume is not our sole target, long-term profitability is.

**Where in the world specifically will growth come from?**

Latin America as a whole, and specifically from Brazil where reinsurance is soon to be deregulated. Brazil is quite a developed insurance market and a lot of premium is generated. Another area is eastern Europe. We have built quite a solid position in Poland, the Baltic states, the Czech Republic, Slovenia, Hungary and Slovakia. We serve central Europe from Vienna, and the Baltic states from Riga.

Then there is mainland China — Gen Re and Cologne Re are both licensed in China and we have opened an office in Shanghai.

**Will you concentrate on life and health in emerging markets?**

Life is growing faster than the average in the emerging countries. But in mature economies, such as Japan where deregulation is happening, there are opportunities too. Likewise in Singapore, Malaysia, Korea and Taiwan where life is important, we are there too.

Surprisingly for us, North America is the fastest-growing region in the Americas. Although it is a mature market, restructuring is taking place in social-security provisions, and we are one of the most important health reinsurers in the US.

We believe that some of those US products could be brought into Latin America. Mostly they go for a mixture of state and private protections — like the Chilean model — and that offers opportunities.

In five years' time or so, we will be facing similar challenges in Europe. So yes, life and health are lines of the future. Whether it's financing, product development or risk transfer, there's a lot of business there.

**Is it fair to say that Cologne Re has not promoted alternative risk financing as strongly as some of its competitors?**

The ability and capacity of Cologne Re to design and execute non-conventional risk transfer puts us among the top group of reinsurers volume-wise as well as in terms of market perception. But we are totally different from some of our major competitors in that we have no intention to compete with our clients in their market segment. We do not approach Fortune 500 companies and offer them financial reinsurance or other non-conventional solutions. Primary insurers are our clients and we prefer to stick with them — not compete with them. That means we work with them to design solutions for their clients. If you have a client base you have to stay with it. You can't compete with your clients.

**How would you describe Ron Ferguson's management style?**

He is very successful. He developed General Re — in terms of size, quality, whatever criteria you like — to become the undisputed number one in the US market. I find him to be a very professional and reliable manager. He takes his promises very seriously. You can count on him. Also, he is very future oriented: he understands what the future holds and manages the company in that direction.

GR1_0663197

GR1_0663197